UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENISA ANGELES, *on behalf of herself and
all others similarly situated*,

                Plaintiff,

        v.

GO GLOBAL RETAIL, LLC,

                Defendant.

No. 21-CV-2590 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On March 25, 2021, Plaintiff Jenisa Angeles filed a Complaint against Altitude Collection, LLC alleging violations of the Americans with Disabilities Act. On April 28, 2021, the Court granted Altitude Collection, LLC's request to extend the time to prepare a responsive pleading until May 30, 2021. Dkt. 8. On May 6, 2021, Plaintiff filed an amended complaint, naming Go Global Retail, LLC as the defendant. Defendant's answer was due on June 1, 2021.

Defendant has not responded to the complaint. Defendant shall do so or seek an extension by no later than July 26, 2021. If Defendant fails to do so, and Plaintiff intends to move for default judgment, Plaintiff shall do so by August 11, 2021.

Plaintiff shall serve a copy of this order on Defendant and file proof of service on the docket.

SO ORDERED.

Dated:    July 13, 2021
          New York, New York

                                   Ronnie Abrams
                                   United States District Judge