UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, *on behalf of herself and all others similarly situated*,

                      Plaintiff,

              v.

MODCLOTH HOLDINGS, LLC,

                      Defendant.

21-CV-2590 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff filed her Second Amended Complaint with this Court on July 26, 2021 and a summons was issued on August 10, 2021. Plaintiff, however, does not appear to have served the Second Amended Complaint or summons on Defendant. It is hereby:

      ORDERED that Plaintiff submit a letter to the Court by November 17, 2021 explaining why she failed to serve the summons and complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that Defendant has been served, explaining when and in what manner such service was made.

      IT IS FURTHER ORDERED that if the Court does not receive a letter by November 17, 2021 showing good cause why such service was not made within the 90 days, the case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 10, 2021
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge